ORAL ARGUMENT NOT YET SCHEDULED

No. 25-1174

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, AND STATE OF WASHINGTON,

Petitioners,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, AND LEE ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY

Respondents.

———————

**Petitioners' Motion to Hold Case in Abeyance**

———————

ROB BONTA
  *Attorney General of California*
DENNIS L. BECK, JR.
  *Acting Senior Assistant Attorney General*
MYUNG J. PARK
  *Acting Senior Assistant Attorney General*
KAVITA LESSER
*Deputy Attorney General*

KATHERINE GAUMOND
CAITLAN MCLOON
M. ELAINE MECKENSTOCK
  *Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4439
Email: katherine.gaumond@doj.ca.gov
  *Attorneys for State of California*
(additional counsel on signature pages)

Petitioners respectfully ask this Court to hold this protective petition for review in abeyance pending the final disposition of *California v. United States*, Case No. 4:25-cv-04966-HSG (N.D. Cal. June 12, 2025) by the District Court for the Northern District of California. Petitioners propose that they will notify this Court within 30 days of such final disposition, at which time this Court may order motions to govern further proceedings in this matter.

This petition for review challenges the actions of Respondents United States Environmental Protection Agency (EPA) and Administrator Lee Zeldin, set forth in the February 14, 2025 press release titled "Trump EPA to Transmit California Waivers to Congress in Accordance with Statutory Reporting Requirements," Document #2129749, Ex. A, and EPA's related subsequent submissions to Congress, *see* Document #2129749, Ex. B-G. These actions are also the subject of litigation filed by Petitioners in the Northern District of California, *California v. United States*, Case No. 4:25-cv-04966-HSG (N.D. Cal. June 12, 2025). Petitioners believe that the district court, rather than this Court, has jurisdiction over challenges to these actions, but—because of the short period to file petitions for review—filed this petition for review to protect their rights in the unlikely event

1

that the district court determines that this Court has original jurisdiction to review these actions.

This court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). An abeyance is prudent "if the public welfare or convenience will thereby be promoted." *Landis*, 299 U.S. at 256.

Abeyance is warranted here. If Petitioners are correct that the Northern District of California has jurisdiction over these EPA actions, it will obviate the need for this Court to resolve the petition. *See Ctr. for Biological Diversity v. EPA*, 56 F.4th 55, 71 (D.C. Cir. 2022) (courts "routinely stay [their] hand when parties identify developments that are likely to render judicial resolution unnecessary"). Accordingly, abeyance would preserve the resources of the Court. *See, e.g., Sierra Club v. Jackson*, 813 F. Supp. 2d 149, 154 n.2 (D.D.C. 2011) (noting that this Court held in abeyance a protective petition for review of an agency action while the district court reached its final disposition); *Sierra Club v. McCarthy*, No. 13-CV-03953-SI, 2015 WL 889142 at *4 (N.D. Cal. Mar. 2, 2015), *aff'd sub nom. Sierra Club v. North Dakota*, 868 F.3d 1062 (9th Cir. 2017) (same).

No party will be prejudiced by abeyance. Respondents oppose this abeyance request, but have indicated that they would consent to a 45-day abeyance.

For these reasons, Petitioners respectfully request that the Court grant this motion.

Dated:  August 20, 2025          Respectfully Submitted,


**Rob Bonta**
Attorney General of California

By: */s/Katherine Gaumond*
KATHERINE GAUMOND
*Deputy Attorney General*
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-4439
Email: katherine.gaumond@doj.ca.gov

*Attorneys for Petitioner State of California*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Shannon Stevenson*
SHANNON STEVENSON
Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 703-0999
Shannon.Stevenson@coag.gov


FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Seth Schofield*
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, MA 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov


FOR THE STATE OF NEW JERSEY
MATTHEW J. PLATKIN
ATTORNEY GENERAL

*/s/ Nell Hryshko*
NELL HRYSHKO
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
Telephone: (609) 376-2735
nell.hryshko@law.njoag.gov

| | |
|---|---|
| FOR THE STATE OF NEW MEXICO | FOR THE STATE OF OREGON |
| RAÚL TORREZ<br>Attorney General | DAN RAYFIELD<br>ATTORNEY GENERAL |
| */s/ William Grantham*<br>WILLIAM GRANTHAM<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 717-3520<br>wgrantham@nmdoj.gov | */s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Sr. Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov |
| FOR THE STATE OF NEW YORK | FOR THE STATE OF RHODE ISLAND |
| LETITIA JAMES<br>ATTORNEY GENERAL | PETER F. NERONHA<br>ATTORNEY GENERAL |
| JUDITH N. VALE<br>Deputy Solicitor General<br>ELIZABETH A. BRODY<br>Assistant Solicitor General<br>YUEH-RU CHU<br>Chief, Affirmative Litigation Section<br>Environmental Protection Bureau<br><br>*/s/ Ashley M. Gregor*<br>ASHLEY M. GREGOR<br>Assistant Attorney General<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-8454<br>Ashley.Gregor@ag.ny.gov | */s/ Nicholas M. Vaz*<br>Nicholas M. Vaz<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit Chief<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov |

| FOR THE STATE OF VERMONT | FOR THE STATE OF WASHINGTON |
|---|---|
| CHARITY R. CLARK<br>ATTORNEY GENERAL | NICHOLAS W. BROWN<br>ATTORNEY GENERAL |
| */s/ Hannah Yindra*<br>HANNAH YINDRA<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov | */s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov |

OK2025401237
US Court of Appeals D.C. Circuit (2 Party).docx

## CERTIFICATE AS TO PARTIES AND AMICI

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), I hereby certify the parties and amici are as follows:

State Petitioners are State of California, State of Colorado, State of Delaware, Commonwealth of Massachusetts, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, and State of Washington,

Respondents are the United States Environmental Protection Agency, and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency.

There are no amici that have appeared in the litigation.

Dated: August 20, 2025

                                                */s/ Katherine Gaumond*
                                                KATHERINE GAUMOND

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the document exempted by Fed. R. App. P. 32(f), the brief contains 1,133 words and thus does not exceed the 5,200 word limit.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(b) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

Dated: August 20, 2025

                                                            */s/ Katherine Gaumond*
                                                            KATHERINE GAUMOND

# CERTIFICATE OF SERVICE

I hereby certify that on this August 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: August 20, 2025

                                               */s/ Katherine Gaumond*
                                               KATHERINE GAUMOND