**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, AND STATE OF WASHINGTON

Petitioners,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

Respondents.

No. 25-1174

**PROTECTIVE PETITION FOR REVIEW**

Pursuant to 42 U.S.C. § 7607(b)(1) (Clean Air Act § 307(b)(1)), Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the States of California, Colorado, Delaware, Massachusetts, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington (collectively, Petitioners) hereby protectively petition this Court for review of the final actions of Respondent United States Environmental Protection Agency (EPA) and Administrator Lee Zeldin, set forth in (1) the February 14, 2025 press release titled

"Trump EPA to Transmit California Waivers to Congress in Accordance with Statutory Reporting Requirements,"[1] and (2) EPA's February and March 2025 submissions to Congress,[2] copies of which are attached as Exhibits A-G.

This petition is protective. Petitioners believe the district courts have jurisdiction to review Petitioners' challenges to the actions of EPA and its Administrator. Accordingly, Petitioners have challenged those actions in the U.S. District Court for the Northern District of California. *California v. United States*, No. 4:25-cv-04966 (N.D. Cal. June 12, 2025). Petitioners file this protective petition in order to protect their right to judicial review in the event the district court is found to lack jurisdiction, and this Court is found to be the proper venue pursuant to 42 U.S.C. § 7607(b)(1). Petitioners are filing petitions in both this Court and the Court of Appeals for the Ninth Circuit, as EPA may assert its actions here were pursuant to 42 U.S.C. § 7543(b)(1) and there appears to be a potential dispute regarding *which* court of appeals is the proper venue to review such actions. *E.g.*, *Valero Renewable Fuels Co. v. EPA*, D.C. Circuit Case No. 25-1078 (seeking review of EPA action under 42 U.S.C. § 7543(b)(1)); *American Free*

[1] Press Release, EPA, Trump EPA to Transmit California Waivers to Congress in Accordance with Statutory Reporting Requirements (Feb. 14, 2025) https://perma.cc/GDF5-HVM2, last visited May 5, 2025, attached as Exhibit A.

[2] *See* 171 Cong. Rec. H875 (daily ed. Feb. 26, 2025); 171 Cong. Rec. S1311 (daily ed. Feb. 24, 2025); 171 Cong. Rec. H1035 (daily ed. Mar. 6, 2025), 171 Cong. Rec. S1871 (daily ed. Mar. 26, 2025), attached as Exhibits B-E. *See also* EC-439, EC-440 and EC-441 (Feb. 19, 2025), EC-660, EC-661, EC-662 (Mar. 5, 2025), attached as Exhibits F-G.

*Enterprise Chamber of Commerce v. EPA*, Ninth Circuit Case No. 25-106 (seeking review of same EPA action).

Dated: August 11, 2025

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
M. ELAINE MECKENSTOCK
Deputy Attorney General

*/s/ Katherine Gaumond*
KATHERINE GAUMOND
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4439
Email: katherine.gaumond@doj.ca.gov

*Attorneys for Petitioner State of California*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Shannon Stevenson*
SHANNON STEVENSON
Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 703-0999
Shannon.Stevenson@coag.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Seth Schofield*
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, MA 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

FOR THE STATE OF NEW JERSEY
MATTHEW J. PLATKIN
ATTORNEY GENERAL

*/s/ Nell Hryshko*
NELL HRYSHKO
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
Telephone: (609) 376-2735
nell.hryshko@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
Attorney General

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
Ashley.Gregor@ag.ny.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Nicholas M. Vaz*
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2025, the foregoing Petition for Review and exhibits were served on Respondents by sending a copy via certified mail, return receipt requested, to each of the following addresses:

Administrator Lee M. Zeldin
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Pamela Bondi
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W. Washington,
D.C. 20530- 0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W. Washington, D.C. 20460

Dated:  August 11, 2025

*/s/ Katherine Gaumond*
KATHERINE GAUMOND