# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 25-1174 | September Term, 2025 |
| | EPA-HQ-OAR-2022-0330 |
| | EPA-HQ-OAR-2022-0332 |
| | EPA-HQ-OAR-2023-0292 |
| | **Filed On:** November 14, 2025 |

State of California, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

**BEFORE:**   Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to hold case in abeyance and the response thereto, it is

**ORDERED** that the motion be granted and this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case within 30 days of the district court's disposition of <u>California v. United States</u>, No. 4:25-cv-4966 (N.D. Cal. Compl. filed June 12, 2025).

**Per Curiam**